UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRIAN KEITH TERWILLEGER,

    Plaintiff,

v.

WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES,

    Defendant.

CASE NO. 3:19-cv-5085 RBL-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, any objections to the Report and Recommendation, and the remaining record, does hereby find and **ORDER:**

(1)     The Report and Recommendation is **ADOPTED**.

(2)     Plaintiff's motion to proceed *in forma pauperis* is denied (Dkt. 8) and the matter is **DISMISSED WITHOUT PREJUDICE.**

(3)     The Clerk shall close the case.

///

1 | The Clerk shall send copies of this Order to plaintiff and to Magistrate Judge Creatura.

2 |     IT IS SO ORDERED.

3 |     DATED this 23rd day of July, 2019.

_____

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2